**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
    tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN,**
**EISMAN, FORMATO, FERRARA,**
**WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
    sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>MORENA MUSIC, INC., a California corporation; EDUARDO LEON, d/b/a LONG PLAY MUSIC; and Does 1 through 50, inclusive,<br><br>           Defendants. | **Case No.:**<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGEMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**<br><br>Judge: |

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax (916) 925-1127

Plaintiff Yellowcake, Inc. ("Plaintiff" or "Yellowcake") alleges the following against Defendants Morena Music, Inc., a California corporation; Eduardo Leon, d/b/a Long Play Music; and Does 1 through 50 (collectively "Defendants"):

## NATURE OF THE ACTION

1.    Yellowcake, through its attorneys, alleges that Defendants willfully and intentionally infringed Yellowcake's rights in copyrighted sound recordings contained on four albums by artist Los Originales De San Juan, known as "15 Corridos lnmortales", "50 Mentadas", "Celebrando 39", and "El Campesino" ("Yellowcake's Copyrighted Music"). Yellowcake and its predecessor in interest have been the owner of Yellowcake's Copyrighted Music. Yellowcake has never authorized Defendants to exploit Yellowcake's Copyrighted Music in any manner. The Defendants exploited Yellowcake's Copyrighted Music by, amongst other things, unauthorized reproduction, sale, synchronization, creation of derivative works, distribution and public performance by means of digital transmission on online platforms, including, but not limited to, Apple Music, iTunes, Spotify and www.YouTube.com, ("YouTube") under "uploader" names, including but not limited to "Morena Music".

2.    The Defendants benefitted from and continue to benefit from these unauthorized exploitations of Yellowcake's Copyrighted Music. Upon discovery of Defendants' acts of copyright infringement, Yellowcake issued "Takedown Notices" pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(c), to each known online distribution site or service on which Defendants exploited Yellowcake's Copyrighted Music. Despite being on notice of their infringement, Defendants have refused to remedy their wrongdoing and wrongfully filed a "Counter Notification" with YouTube. YouTube's resolution procedures require that the original filer of a DMCA Notice respond to a DMCA Counter Notification by "seeking a court order against the counter notifier to restrain the allegedly infringing activity". As such, Yellowcake is left with no alternative but to bring this action.

/ / /

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

## JURISDICTION AND VENUE

3.      This is a civil action in which Yellowcake seeks monetary damages and injunctive relief against Defendants for copyright infringement under the copyright laws of the United States: 17 U.S.C. § 101 *et seq*.

4.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq*.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5.      This Court has supplemental jurisdiction over all common law claims pursuant to 28 U.S.C. § 1367.

6.      This Court has personal jurisdiction over Defendants, and venue in this District is proper under 28 U.S.C. § 1391(b) and (d) and 28 U.S.C. § 1400(a), in that the Defendants or their agents are conducting business in this District, Yellowcake is located in, and conducts business in, this District, and a substantial part of the acts of infringement complained of herein occurred in this District.

## PARTIES

7.      Plaintiff is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of California, County of Stanislaus.

8.      Plaintiff is informed and believes, and thereon alleges, that Defendant Morena Music, Inc. is a corporation duly organized and existing under the laws of the State of California with its principal place of business in the State of California, County of Los Angeles.

9.      Plaintiff is informed and believes, and thereon alleges, that Eduardo Leon, d/b/a Long Play Music, is an individual at all relevant times residing in, and doing business in, the State of California, County of Los Angeles.

10.     Plaintiff is unaware of the true names and capacities of Defendants named herein as Does 1 through 50, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT,
INJUNCTIVE RELIEF, AND JURY DEMAND**

each of the fictitiously-named Defendants is liable to Plaintiff has hereinafter alleged, and that Plaintiff's rights against such fictitiously-named Defendants arise from such liability. Each reference herein to specific Defendants shall be deemed to include the fictitiously-named Defendants.

11.    Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, each Defendant was the agent and employee of the remaining Defendants and, in doing the things hereinafter alleged, was acting within the course and scope of such agency and employment.

12.    Plaintiff is informed and believes that Defendants are in the business of selling and distributing music.

## FACTUAL ALLEGATIONS

13.    Yellowcake is primarily engaged in the business of intellectual property rights management, including, but not limited to, digital music distribution.

14.    Yellowcake is the exclusive owner of the registered copyrights in and to the sound recordings for the albums "15 Corridos Inmortales", Registration No. SR0000864335; "50 Mentadas", Registration No. SR0000863553; "El Campesino", Registration No. SR0000863321; and "Celebrando 39", Registration No. SR0000863476, all of which are by performing artist Los Originales De San Juan (collectively, previously defined as "Yellowcake's Copyrighted Music").

15.    Yellowcake or its predecessor in interest has always owned, maintained and controlled the exclusive true and valid copyrights in Yellowcake's Copyrighted Music.

16.    Yellowcake has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. § 101 *et seq*. Yellowcake has registered the sound recordings with the United States Copyright Office and was issued a Certificate of Registration for each sound recording identified as "Yellowcake's Copyrighted Music" in Paragraph 14.

17.    True and complete copies of the Public Catalog copyright registration information for each album containing Yellowcake's Copyrighted Music are annexed hereto as **Exhibit "A"**.

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT,
INJUNCTIVE RELIEF, AND JURY DEMAND

18.    All of Yellowcake's Copyrighted Music is and was published with a copyright notice.

19.    Yellowcake is informed and believes that the Defendants have engaged in a number of unauthorized exploitations of Yellowcake's Copyrighted Music in violation of Yellowcake's exclusive rights under 17 U.S.C. § 106 including, but not limited to, the sale, reproduction, synchronization, creation of derivative works, distribution and public performance of Yellowcake's Copyrighted Music on the iTunes, Apple Music, Spotify, YouTube and other similar platforms.

20.    Yellowcake is informed and believes that, the Defendants created and/or uploaded, or caused to be created and/or uploaded, videos containing unauthorized uses of Yellowcake's Copyrighted Music to YouTube. Such videos constitute unauthorized derivative works of Yellowcake's Copyrighted Music (collectively "Infringing Videos").

21.    Yellowcake is informed and believes that some of the Infringing Videos were uploaded to YouTube by Defendants under uploader name(s), including but not limited to "Morena Music" at the following URLs:

      a.    http://www.youtube.com/watch?v=9seZC6wIMiA

      b.    http://www.youtube.com/watch?v=B4nNSGXj4kQ

      c.    http://www.youtube.com/watch?v=IYPUznx1Sho

      d.    http://www.youtube.com/watch?v=QxwEF2b5-Pk

22.    A schedule of track names and albums for Yellowcake's Copyrighted Music improperly exploited by Defendants at the above YouTube URLs is annexed hereto as **Exhibit "B"**.

23.    Each of these Infringing Videos was discovered by Yellowcake on or after March 2019.

24.    Beginning in or about November 2019, Yellowcake provided written notices to Defendants demanding that Defendants remove the Yellowcake Copyrighted Music and Infringing Videos they uploaded to the various streaming and distribution

Heffer, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

platforms.

25.   Yellowcake's requests pertained to multiple online platforms used by Defendants for unauthorized exploitation and distribution of Yellowcake's Copyrighted Music, including, but not limited to YouTube.

26.   Yellowcake is informed and believes that, at all relevant times, the Defendants maintained editorial control of the Infringing Videos on the YouTube website.

27.   Despite receiving notice that they did not have the right to exploit Yellowcake's Copyrighted Music, Defendants willfully and intentionally ignored this notice and continued to exploit Yellowcake's Copyrighted Music on online platforms, including but not limited to, YouTube.

28.   On or about December 2019, Yellowcake discovered that Defendants continued to exploit Yellowcake's Copyrighted Music on YouTube despite having received written demand(s) from Yellowcake to remove the Infringing Videos containing Yellowcake's Copyrighted Music.

29.   Yellowcake was left with no choice but to file copyright infringement notifications with YouTube pursuant to § 512(c) of the DMCA (the "DMCA Notice"). Yellowcake filed the DMCA Notice at issue in this action on or about May 14, 2020.

30.   Subsequent to receipt of Yellowcake's DMCA Notice on May 14, 2020, YouTube disabled access to the videos at the URLs identified in Paragraph 21 (a)-(d).

31.   On or about May 19, 2020, YouTube notified Yellowcake via email that Defendants had filed a "DMCA Counternotice" disputing Yellowcake's DMCA Notice pertaining to the videos at the URLs identified in Paragraph 21 (a)-(d).

32.   After YouTube received the DMCA Counternotice, it advised Yellowcake that it would restore public access to the Infringing Videos unless it was provided with notice that Plaintiff "has filed an action seeking a court order to restrain the Counter-notifier's allegedly infringing activity." As such, Yellowcake was left with no choice but to file this action.

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

## **FIRST CAUSE OF ACTION**

## **Copyright Infringement Under 17 U.S.C. § 101 _et seq._**

### **(Against All Defendants)**

33.    Plaintiff incorporates the allegations set forth in paragraphs 1 through 32 hereof, as though the same were set forth herein.

34.    This cause of action arises under 17 U.S.C. § 501.

35.    Each of the albums comprising the Yellowcake Copyrighted Music was registered with the United States Copyright Office either by Yellowcake or its predecessor-in-interest.

36.    At all times relevant, Yellowcake, and its predecessor in interest, has owned Yellowcake's Copyrighted Music and has been the only owner of the exclusive rights provided under 17 U.S.C. § 106.

37.    The works constituting Yellowcake's Copyrighted Music are sound recordings and are original works of authorship constituting copyrightable subject matter within the meaning of 17 U.S.C. § 102.

38.    Defendants infringed Yellowcake's Copyrighted Music by reproducing, selling, synchronizing, distributing, public performing, and making derivative works of Yellowcake's Copyrighted Music without authorization from Yellowcake.

39.    By reproducing, selling, synchronizing, distributing, making derivative works of and publicly performing by means of digital transmission videos containing Yellowcake's Copyrighted Music, the Defendants' acts violate Yellowcake's exclusive rights under 17 U.S.C. § 106.

40.    Yellowcake has never granted Defendants the right, or otherwise authorized Defendants, to exploit Yellowcake's Copyrighted Music.

41.    Beginning in or about November 2019, Yellowcake sent correspondence to the Defendants demanding that they cease and desist their unauthorized exploitation of Yellowcake's Copyrighted Music on all online platforms, including but not limited to, YouTube.

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT,
INJUNCTIVE RELIEF, AND JURY DEMAND**

42.    Yellowcake is informed and believes that, despite being on notice that their exploitation of Yellowcake's Copyrighted Music was not authorized or licensed, Defendants refused to cease their acts of infringement.

43.    Defendants had actual or constructive awareness that their unauthorized exploitation of Yellowcake's Copyrighted Music constituted infringement of Yellowcake's copyrights. Alternatively, Defendants' acts of infringement resulted from a reckless disregard for, or willful blindness to, Yellowcake's rights.

44.    Defendants' infringement of Yellowcake's Copyrighted Music is and has been willful, intentional, purposeful, and/or in disregard of Yellowcake's rights.

45.    By reason of Defendants' continued willful infringement,  Yellowcake has sustained and will continue to sustain substantial injury, loss and damage to its ownership rights in its Copyrighted Music.

46.    By reason of Defendants' willful infringement, Yellowcake has sustained irreparable harm that cannot be remedied by monetary damages alone.

47.    Yellowcake is entitled to an injunction restraining Defendants, their officers, directors, agents, employees, representatives, and all persons acting in concert with them, from further engaging in such acts of copyright infringement.

48.    Pursuant to 17 U.S.C. § 504(c), Yellowcake is further entitled to recover from Defendants' its actual damages or up to One Hundred Thousand Dollars ($150,000.00) in statutory damages for each work identified as "Yellowcake's Copyrighted Music" as a result of Defendants' acts of copyright infringement. The total actual damages are not readily ascertainable but - based on the pervasive and willful nature of the infringement - are believed to be in excess of Six Hundred Thousand Dollars ($600,000.00).

49.    Pursuant to 17 U.S.C. § 505, Yellowcake is further entitled to recover from Defendants the reasonable attorney's fees and legal costs incurred as a result of Defendants' acts of copyright infringement.

/ / /

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax (916) 925-1127

## SECOND CAUSE OF ACTION

### Injunctive Relief

### (Against All Defendants)

50.  Plaintiff incorporates the allegations set forth in paragraphs 1 through 49 hereof, as though the same were set forth herein.

51.  The conduct of Defendants is currently causing and, unless enjoined and restrained by this Court, will continue to cause Yellowcake great and irreparable injury that cannot fully be compensated or measured in money. Yellowcake has no adequate remedy at law.

52.  Pursuant to 17 U.S.C. §§ 502 and 503, Yellowcake is entitled to injunctive relief prohibiting Defendants, their officers, directors, agents, employees, representatives, and all persons acting in concert with them, from further infringing Plaintiff's copyrights, and ordering Defendants to destroy all copies of Yellowcake's Copyrighted Music in their possession.

## THIRD CAUSE OF ACTION

### Contributory Copyright Infringement

### (Against All Defendants)

53.  Plaintiff incorporates the allegations set forth in paragraphs 1 through 52 hereof, as though the same were set forth herein.

54.  Upon information and belief, each of the Defendants knowingly and systematically induced, caused, materially contributed to, had reason to know of and participated in, the infringement of Yellowcake's exclusive rights under 17 U.S.C. § 106 by the unauthorized reproduction, sale, synchronization, creation of derivative works, distribution and/or public performance by means of digital transmission of Yellowcake's Copyrighted Music.

55.  At no time has Yellowcake, or any of its predecessors in interest, authorized corporate Defendant Morena Music, Inc., its individual owners, affiliates, subsidiaries and/or parent company or individual Defendant Eduardo Leon, d/b/a Long

PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT,
INJUNCTIVE RELIEF, AND JURY DEMAND

Play Music to reproduce, sell, create derivative of, synchronize, distribute and/or perform by means of digital transmission any of Yellowcake's Copyrighted Music.

56.    Defendants' infringement is presently ongoing. Defendants continue to engage in new, unauthorized uses, distribution and exploitation of Yellowcake's Copyrighted Music.

57.    In the case of the Infringing Videos uploaded to the YouTube URLs identified in Paragraph 21(a)-(d), Defendants have taken action against Yellowcake by responding to Yellowcake's DMCA Notice to YouTube with a DMCA Counter Notice. Defendants submitted the DMCA Counter Notice knowing full well that they do not have and have never had authorization from Yellowcake to upload the Infringing Videos on YouTube which are the subjects of the DMCA Notice and Counter Notice, nor does any fair use exception apply.

58.    Upon information and belief, through their actions and/or inaction, Defendants each knowingly induced, caused, or materially contributed to copyright infringement by each other and Does 1-50, and each should be held liable as a contributory infringer.

59.    Defendants each contributed to the violation of Yellowcake's rights under 17 U.S.C. § 501.

60.    Pursuant to 17 U.S.C. § 504(c), Yellowcake is further entitled to recover from Defendants its damages or up to One Hundred Thousand Dollars ($150,000.00) in statutory damages for each work identified as "Yellowcake's Copyrighted Music" as a result of Defendants' acts of contributory copyright infringement. The total actual damages are not readily ascertainable but - based on the pervasive and willful nature of the infringement - are believed to be in excess of Six Hundred Thousand Dollars ($600,000.00).

61.    Pursuant to 17 U.S.C. § 505, Yellowcake is further entitled to recover from Defendants its reasonable attorneys' fees and legal costs incurred as a result of the Defendants' acts of contributory copyright infringement.

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT,
INJUNCTIVE RELIEF, AND JURY DEMAND**

# **PRAYER**

WHEREFORE, Plaintiff prays for judgment as follows:

First Cause of Action:

1.    For statutory or actual damages for each infringement of Yellowcake's Copyrighted Music pursuant to 17 U.S.C. § 504, in an amount to be elected and proven at the time of trial.

2.    For exemplary or punitive damages in an amount to be established at trial according to proof.

3.    For Plaintiff's costs in this action.

4.    For Plaintiff's reasonable attorneys' fees incurred herein pursuant to statute.

5.    For such other and further relief as the Court may deem just and proper.

Second Cause of Action:

1.    For a temporary, preliminary and permanent injunction providing: "Defendants shall be and hereby are enjoined from directly or indirectly infringing upon Yellowcake's rights under federal or state law in Yellowcake's Copyrighted Music and any sound recording, whether now in existence or later created, that is owned or controlled by Yellowcake (or any parent, subsidiary, or affiliate record label of Yellowcake)  ("Yellowcake's Recordings"), including without limitation using the Internet, any media distribution system or any other means to reproduce, download or other obtain possession of any of Yellowcake's Recordings; or to distribute, upload or otherwise make any of Yellowcake's Recordings available for distribution to the public, except pursuant to a lawful license or with the express written authority of Yellowcake.  Defendants also shall destroy all copies of Yellowcake's Recordings that Defendants have downloaded, uploaded, maintained or stored maintained in any way, without Yellowcake's express written authorization and shall destroy all copies of Yellowcake's Recodings transferred onto any physical medium or device in Defendants' possession, custody, or control."

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax (916) 925-1127

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

2.     For Plaintiff's costs in this action.

3.     For Plaintiff's reasonable attorneys' fees incurred herein pursuant to statute.

4.     For such other and further relief as the Court may deem just and proper.

<u>Third Cause of Action:</u>

1.     For statutory or actual damages for each contributory infringement of Yellowcake's Copyrighted Music pursuant to 17 U.S.C. § 504, in an amount to be elected and proven at the time of trial.

2.     For exemplary or punitive damages in an amount to be established at trial according to proof.

3.     For Plaintiff's costs in this action.

4.     For Plaintiff's reasonable attorneys' fees incurred herein pursuant to statute.

5.     For such other and further relief as the Court may deem just and proper.

Dated: June 3, 2020               Respectfully submitted,

**HEFNER STARK & MAROIS, LLP**

By: /s/ _Thomas P. Griffin Jr._

Thomas P. Griffin, Jr., Esq.
*Attorneys for Plaintiff Yellowcake*

# EXHIBIT A



**Copyright** — United States Copyright Office

Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000863476
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

---

***Album Title: Celebrando 39 [performed by] Los Originales de San Juan.***

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000863476 / 2020-02-06 |
| **Application Title:** | Album Title: Celebrando 39 [performed by] Los Originales de San Juan. |
| **Title:** | Album Title: Celebrando 39 [performed by] Los Originales de San Juan. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written Contract. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-03-05 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr. ; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Rights and Permissions:** | Kevin Berger, YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: Collective work. |
| | Regarding deposit: Special Relief granted under 37 CFR 202.20(d) of Copyright Office regulations. |
| **Contents:** | El Dia Que Me Dejaste. |
| | Tragos Amargos. |
| | Los Consejos feat. Chuy Jr. |
| | Tomando Licores. |
| | Mujer Bonita. |
| | Ensename a Olvidar. |
| | Vaciando Botellas. |
| | La Palomita. |

Te Llevaste.

Corazones Rotos.

El Sinaloense.

Celebrando.

**Names:** Chavez, Jesus, Sr.

YELLOWCAKE, INC.





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
**United States Copyright Office**

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000863553
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



***50 Mentadas.***

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000863553 / 2020-02-06 |
| **Application Title:** | 50 Mentadas [performed by] Los Originales De San Juan. |
| **Title:** | 50 Mentadas. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contract. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2014-01-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.. Authorship: sound recording. |
| **Rights and Permissions:** | YELLOW CAKE, INC, 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: Collective work. |
| | Regarding deposit: Special Relief granted under 37 CFR 202.20(d) of Copyright Office regulations. |
| **Contents:** | 50 Mentadas. |
| | El Costal Lleno de Piedras. |
| | Ni por Todo el Dinero del Mundo. |
| | Volver a Vivir. |
| | El Ahijado de la Muerte. |
| | El Fierros. |
| | Don Miguel Maganna. |
| | Maldito Compadre. |
| | Maldito Vicio. |

Por Alguien.

El Tartanero.

Corre y Dile.

La Muerte de Manuelon.

Falsa y Mentirosa.

Fiesta en Mi Rancho.

Regalo Equivocado.

**Names:** Chavez, Jesus, Sr.

YELLOWCAKE, INC.



---

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ⇕ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help     Search     History     Titles     Start Over

---



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000864335
Search Results: Displaying 1 of 1 entries

◄ previous     next ►

Labeled View

***Album Title: 15 Corridos Inmortales.***

**Type of Work:** Sound Recording

**Registration Number / Date:** SR0000864335 / 2020-02-07

**Application Title:** Album Title: 15 Corridos Inmortales.

**Title:** Album Title: 15 Corridos Inmortales.

**Description:** Electronic file (eService)

**Copyright Claimant:** YELLOWCAKE, INC., Transfer: By contract. Address: 701 E Canal Drive, Turlock, CA, 95380, United States.

**Date of Creation:** 2014

**Date of Publication:** 2014-09-02

**Nation of First Publication:** United States

**Authorship on Application:** Jesus Chaves Sr.; Domicile: United States; Citizenship: United States. Authorship: sound recording.

**Rights and Permissions:** Kevin Berger, YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, yellowcakecorp@gmail.com

**Copyright Note:** C.O. correspondence.

Basis for Registration: Collective work.

**Contents:** Los Principios.

Santos Cantu.

El Regio Traficante.

Se les Pelo Baltazar.

Juan Martha.

El Rayo De Sinaloa.

El Cabo De Michoacan.

El Corrido De Los Perez.

El Malvado.

La Raza Contenta.

Charlando Con La Muerte.

Gallo De Raza Fina.

El Preso De Nuevo Leon.

Juan Perez.

El Corrido De Joselo.

**Names:** Chaves, Jesus, Sr.

YELLOWCAKE, INC.





Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = yellowcake
Search Results: Displaying 8 of 15 entries

◀ previous    next ▶



*Album Title: El Campesino [performed by] Los Originales De San Juan)*

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000863321 / 2020-02-07 |
| **Application Title:** | Album Title: El Campesino [performed by] Los Originales De San Juan) |
| **Title:** | Album Title: El Campesino [performed by] Los Originales De San Juan) |
| **Description:** | Compact disc (CD) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contracts. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-05-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Rights and Permissions:** | YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, (415) 735-8236, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: collective work |
| **Contents:** | El Campesino. |
| | Solo Dios. |
| | El Arbol. |
| | El Paniqueado. |
| | Dinero Manchado. |
| | Corrido del Cach. |
| | El Corrido De Camilo. |
| | El Martelito. |
| | Chicano Jalicience. |
| | Miguel Fuentes. |

En Una Cajita De Oro.

Mis Hijos Son Mi Tesoro.

Marili.

Suplica De Un Padre.

**Names:** Chavez, Jesus, Sr.

YELLOWCAKE, INC.





**Save, Print and Email (Help Page)**

| Select Download Format | Full Record | Format for Print/Save |
|---|---|---|
| Enter your email address: | | Email |

---

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT B

# **Exhibit B**

| Album | Title | DMCA Counter Notice YouTube URL |
|-------|-------|--------------------------------|
| 50 Mentadas | Corre y Dile | http://www.youtube.com/watch?v=9seZC6wIMiA |
| 50 Mentadas | El Ahijado De La Muerte | http://www.youtube.com/watch?v=B4nNSGXj4kQ |
| 50 Mentadas | El Costal Lleno de Piedras | http://www.youtube.com/watch?v=IYPUznx1Sho |
| 15 Corridos Inmortales | Los Principios | http://www.youtube.com/watch?v=QxwEF2b5-Pk |