**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
    tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, FORMATO, FERRARA,
WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission being requested*)
    sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MORENA MUSIC, INC., a California corporation; EDUARDO LEON, d/b/a LONG PLAY MUSIC; and Does 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1:20-CV-00787-AWI-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MANDATIORY SCHEDULING CONFERENCE**<br><br>**(Doc. No. 10)**<br><br>Judge: Hon. Barbara A. McAuliffe |

　　　　Pursuant to the stipulation of the parties filed on August 26, 2020, and to accommodate the Court's calendar, IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued from 9/3/2020 to **October 6, 2020 at 9:00 AM in Courtroom 8 (BAM) before the undersigned.** A Joint Scheduling Report shall be filed at least one (1) week prior to the conference. The parties are

**ORDER GRANTING STIPULATION**

encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated:  **August 27, 2020**               /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING STIPULATION**