UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MORENA MUSIC, INC., a California corporation; EDUARDO LEON, d/b/a LONG PLAY MUSIC; and Does 1 through 50, inclusive,<br><br>        Defendants.<br>_____<br><br>MORENA MUSIC, INC., a California corporation,<br><br>        Counter Claimant,<br><br>    v.<br><br>YELLOWCAKE, INC., a California Corporation; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ,<br><br>        Counter Defendants. | Case No.  1:20-cv-00787-AWI-BAM<br><br>**ORDER REGARDING STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIM**<br><br>(Doc. No. 14) |

Pursuant to the parties' stipulation, and good cause appearing, the deadline for

Plaintiff/Counter Defendant Yellowcake, Inc. and Counter Defendant Jose David Hernandez to

1

file a response to Counterclaim is GRANTED.  (Doc. No. 14.)  Plaintiff/Counter Defendant Yellowcake, Inc. and Counter Defendant Jose David Hernandez shall file their response to the Counterclaim on or before September 29, 2020.

IT IS SO ORDERED.

    Dated:   **September 21, 2020**            /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE