UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYPHY MUSIC, INC., <br><br> Defendant. | No. 1:20-cv-00787-AWI-BAM <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT** <br><br> (Doc. No. 16.) |

Currently before the Court is Plaintiff Yellowcake, Inc.'s ("Plaintiff") *ex parte* application for an extension of time to file a Joint Scheduling Report. (Doc. No. 16.)

This case is currently set for an Initial Scheduling Conference on October 6, 2020. (Doc. No. 11) On September 29, 2020, the day the parties' Joint Scheduling Report was due, counsel for Plaintiff filed a letter requesting an extension of time to file the Joint Scheduling Report due to counsel's medical emergencies. (Doc. No. 16.) The request states that counsel for Plaintiff sent Defendants a proposed Joint Scheduling Report the day the request was filed, and Plaintiff seeks "a fair amount of time" to allow Defendants to add their input. (*Id.*)

*Ex parte* applications for extensions of time are not ordinarily granted. *See* Local Rule 144(c). Plaintiff's instant *ex parte* application does not address whether counsel contacted Defendants to obtain a stipulation regarding the requested extension or whether a stipulation

1

extending time could not reasonably be obtained. *See id.* Plaintiff's request was also filed on the applicable deadline for the Joint Scheduling Report. *See* L.R. 144(d) ("Counsel shall seek to obtain a necessary extension . . . as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date . . . are looked upon with disfavor.") However, in light of the circumstances giving rise to the application, the Court finds that an extension is warranted and that Defendants will not be prejudiced by the brief extension granted here.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs' *ex parte* application for an extension of time (Doc. No. 16) is GRANTED; and

2. The parties shall file a Joint Scheduling Report in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference (*see* Doc. No. 3) on or before **October 1, 2020.**

IT IS SO ORDERED.

Dated:   **September 29, 2020**         /s/ *Barbara A. McAuliffe*          
UNITED STATES MAGISTRATE JUDGE

2