UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>MORENA MUSIC, INC., a California corporation; EDUARDO LEON, d/b/a LONG PLAY MUSIC; and Does 1 through 50, inclusive,<br><br>                    Defendants.<br>_____<br><br>MORENA MUSIC, INC., a California corporation,<br><br>                    Counter Claimant,<br><br>          v.<br><br>YELLOWCAKE, INC., a California Corporation; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ,<br><br>                    Counter Defendants. | No.  1:20-cv-00787-AWI-BAM<br><br>**ORDER DENYING STIPULATION AS MOOT**<br><br>(Doc. No. 17) |

   Currently before the Court is the stipulation of Plaintiff/Counter Defendant Yellowcake, Inc. and Counter Defendant Jose David Hernandez and Defendant/Counter Claimant Morena Music, Inc. for an extension of time to October 2, 2020, to file their Joint Scheduling Report.

1

(Doc. No. 18.)  At the time of the request, the Scheduling Conference was set for October 6, 2020.  However, on September 30, 2020, the Court continued the Scheduling Conference to December 22, 2020.  (Doc. No. 20.)  In light of the continuance, the parties' Joint Scheduling Report is now due one week prior to the December 22, 2020 Scheduling Conference.  (*Id.*)  Accordingly, the instant request for an extension of time to October 2, 2020 for the filing of a Joint Scheduling Report is no longer necessary and the request is DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 1, 2020**           /s/ Barbara A. McAuliffe             
                                        UNITED STATES MAGISTRATE JUDGE