1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    YELLOWCAKE, INC., a California          No.  1:20-cv-00787-AWI-BAM
     corporation,
10                                           **ORDER GRANTING STIPULATION TO**
11                  Plaintiff,               **EXTEND TIME TO RESPOND TO**
                                             **AMENDED COUNTERCLAIM**
12            v.
                                             (Doc. 39)
13   MORENA MUSIC, INC., a California
     corporation; EDUARDO LEON, d/b/a
14   LONG PLAY MUSIC; and Does 1 through
     50, inclusive,
15
                    Defendants.
16

17   _____

18   MORENA MUSIC, INC., a California
     corporation,
19
                    Counter Claimant,
20            v.

21   YELLOWCAKE, INC., a California
     Corporation; COLONIZE MEDIA, INC.;
22   JOSE DAVID HERNANDEZ,

23                  Counter Defendants.

24

25

26        On April 1, 2021, the parties filed a stipulation to extend the time for Plaintiff/Counter

27   Defendant Yellowcake, Inc. to file its response to the Amended Counterclaim filed by Morena

28   Music, Inc. to April 23, 2021.  The parties explain that counsel for Yellowcake, Inc. received the

                                             1

1   Amended Counterclaim during the Passover Holiday and will be out of town during the week of

2   April 8, 2021 to April 14, 2021.  (Doc. 39.)  The parties also filed a proposed order, which

3   appears to contemplate an extension of the deadline for both Plaintiff/Counter Defendant

4   Yellowcake, Inc. and Counter Defendant Jose David Hernandez to respond to the Amended

5   Counterclaim.  (Doc. 39-1.)

6          Having considered the parties' stipulation, and good cause appearing, the deadline for

7   Plaintiff/Counter Defendant Yellowcake, Inc. to file its response to the Amended Counterclaim is

8   HEREBY EXTENDED.  Plaintiff/Counter Defendant Yellowcake, Inc. shall file its response to

9   the Amended Counterclaim on or before April 23, 2021.

10          Insofar as the parties' proposed order includes Counter Defendant Jose David Hernandez,

11   there is no corresponding request for an extension of his response deadline in the parties'

12   stipulation.  Accordingly, any request related to Counter Defendant Jose David Hernandez has not

13   been considered.

14

15   IT IS SO ORDERED.

16      Dated:   **April 2, 2021**                    /s/ *Barbara A. McAuliffe*

17                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28