# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., | CASE NO. 1:20-CV-0787 AWI BAM |
| **Plaintiff** | |
| v. | **ORDER TO FILE LETTER OF INQUIRY** |
| MORENA MUSIC, INC., and EDUARDO LEON dba Long Play Music, and DOES 1-50 inclusive, | |
| **Defendants** | |
| MORENA MUSIC, INC, | |
| **Count-Plaintiff** | |
| v. | |
| YELLOWCAKE, INC., COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ, | |
| **Counter-Defendants** | |

This is a copyright dispute involving three copyrighted musical albums by the artist Los Originales De San Juan.

On May 5, 2021, the Court issued an order that informed the parties that it was necessary to send an inquiry letter to the Register of Copyrights, per *Unicolors, Inc. v. H&M Hennes & Mauritz, L.P.*, 959 F.3d 1194, 1197 (9th Cir. 2020). See Doc. No. 43. As part of the May 5, 2021 order, the Court explained that it would send a draft letter to the parties' respective counsel. See id. The order directed counsel to inform the Court and all other recipients within 5 days of receipt whether any corrections or changes to the draft letter were desired. See id. The Court also explained that the failure of a counsel to respond within five days would be construed as a representation that the draft letter was acceptable "as is." Id.

Within five days of sending the draft letter, the respective counsel for Yellowcake, Inc. and Morena Music, Inc. responded and informed the Court that the draft letter was acceptable without change. Counsel for Mr. Jose Hernandez and Colonize Media, Inc. did not respond. Therefore, per the instructions of the May 5 order, all counsel have expressly or constructively agreed that the draft letter is acceptable as is and without any changes.

In light of the agreement of all parties that the draft letter is acceptable, the letter was sent to the Register of Copyrights on May 18, 2021. For purposes of ensuring an accurate record, the Court will order the Clerk to file a copy of the letter that was sent to the Register of Copyrights on the docket. The Court will file the Register's response on the docket once the response is received and reviewed by the Court.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk shall file as a separate document the May 18, 2021 letter sent to the Register of Copyrights on the docket and entitle the docket entry as: "Inquiry Letter to the United States Register of Copyrights, per *Unicolors, Inc. v. H&M Hennes & Mauritz, L.P.*, 959 F.3d 1194 (9th Cir. 2020)."

IT IS SO ORDERED.

Dated: May 19, 2021

_____
SENIOR DISTRICT JUDGE