# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORENA MUSIC, INC., a California corporation; EDUARDO LEON, d/b/a LONG PLAY MUSIC; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00787-JLT-FRS<br><br>ORDER RE REQUEST TO CONTINUE HEARING ON MOTION TO WITHDRAW AS ATTORNEY<br><br>(ECF No. 105) |
| MORENA MUSIC, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>YELLOWCAKE, INC., a California Corporation; COLONIZE MEDIA, INC.; and JOSE DAVID HERNANDEZ,<br><br>Counter-Defendants. | |

Before the Court is the Plaintiff and Counter-Defendant's request to continue the hearing on counsel for Counter-Defendant Jose David Hernandez's Motion to Withdraw as Attorney. (ECF No. 105.) Plaintiff and Counter-Defendants report that this request is made with the consent of opposing counsel. (*Id.*) For good cause shown, the Court approves the request and ORDERS that the hearing on Counter-Defendant's Motion to Withdraw as Attorney is continued to **Friday,**

**January 30, 2026, at 10:00 a.m.**  As requested, parties are permitted to appear by video conference.  The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire is required.

IT IS SO ORDERED.

Dated:   **January 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2