UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YELLOWCAKE, INC.,

Plaintiff,

v.

MORENA MUSIC, INC., et al.,

Defendants.

RELATED COUNTERCLAIMS

Case No. 1:20-cv-00787-JLT-FJS

ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION

On June 22, 2026, Plaintiff Yellowcake, Inc. ("Plaintiff") filed a motion to withdraw as attorney. (ECF No. 110.) Defendants Morena Music, Inc., and Eduardo Leon ("Defendants") did not file an opposition, Plaintiff did not file a reply, and the time to do so has since passed.

The court has deemed Plaintiff's motion, currently noticed for hearing on July 31, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, suitable for decision without oral argument pursuant to Local Rule 230(g). As such, the court ORDERS the hearing VACATED, with the matter to be taken under submission as of that date.

IT IS SO ORDERED.

Dated: **July 22, 2026**

UNITED STATES MAGISTRATE JUDGE