UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC.,<br>Plaintiff,<br>v.<br>MORENA MUSIC, INC., et al.,<br>Defendants. | Case No. 1:20-cv-00787-JLT-FJS<br>ORDER AFTER SCHEDULING CONFERENCE<br><br>FOURTEEN (14) DAY DEADLINE |
| RELATED COUNTERCLAIMS | THIRTY-FIVE (35) DAY DEADLINE |

On October 16, 2026, the court held a scheduling conference where the court discussed the status of the parties' action. Counsel Gregory Korn and Joshua Rosenberg appeared on behalf of Yellowcake, Inc. Counsel Richard Sherman and John Begakis appeared on behalf of Morena Music, Inc. and Eduardo Leon. There was no appearance by Jose David Hernandez, proceeding pro se. There was also no appearance by Colonize Media, Inc. Although Seth Berman with Abrams Fensterman, LLP, and Thomas P. Griffin, Jr., with Hefner Stark & Marois, LLP, withdrew as counsel for Yellowcake, Inc., on August 3, 2026, (ECF No. 113) there was no corresponding withdrawal for Colonize Media, Inc. Thus, the court notes that Mr. Berman and Mr. Griffin are still counsel for Colonize Media, Inc., and should make an appearance on behalf of their client at future hearings.

At the conference, Yellowcake, Inc., informed the court that a new entity GDYC acquired rights from Yellowcake, Inc., and they anticipate filing a motion to substitute GDYC in place of Yellowcake, Inc.

Accordingly, it is HEREBY ORDERED as follows:

1. Yellowcake, Inc., shall file its motion to substitute GDYC on or before October 30, 2026;

2. All other briefing shall be filed pursuant to Local Rule 230; and

3. The parties, including Jose David Hernandez and Colonize Media, Inc., shall file a status report on or before November 20, 2026, indicating (1) proposed dates to set the pretrial conference and trial and (2) a proposed date in December 2026 to set a telephonic scheduling conference to discuss those proposed pretrial conference and trial dates. The court anticipates trial to begin in the first quarter of 2027.

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE