UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MORENA MUSIC, INC., a California corporation; EDUARDO LEON, d/b/a LONG PLAY MUSIC; and Does 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 1:20-cv-00787-JLT-FJS<br><br>ORDER GRANTING LEAVE TO FILE REDACTED DOCUMENT<br><br>(ECF No. 121) |

Plaintiff and Counter-Defendant Yellowcake, Inc. (“Yellowcake”) and Prospective Plaintiff GDYC Assets, LLC (“GDYC”) request an order pursuant to Local Rules 140 and 141 to redact or seal an Asset Purchase and Sale Agreement dated as of March 31, 2025 (“Agreement”) in connection with an anticipated motion to substitute GDYC as the plaintiff in this action pursuant to Rule 25(c).

The court finds that the “good cause” standard under Federal Rule of Procedure 26(c) applies to the request to redact or seal the Agreement for purposes of the forthcoming motion to

substitute. *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-1102 (9th Cir. 2016). The court further finds that the declaration of Jason Peterson submitted with the request establishes "good cause" to redact the Agreement.

For these reasons, IT IS HEREBY ORDERED THAT:

(1) Plaintiff and Counter-Defendant Yellowcake, Inc.'s request to redact or seal documents (ECF No. 121) is GRANTED;

(2) Yellowcake and GDYC are granted leave to file the redacted version of the Agreement in support of its motion to substitute the plaintiff (ECF No. 122) as it was submitted to the court in connection with this request; and,

(3) Yellowcake and GDYC are also granted leave to file only those portions of the Excel spreadsheet file that constitute Schedule 1.1(ww) to the Agreement referencing the sound recordings at issue in this action.

IT IS SO ORDERED.

Dated: **October 28, 2026**

UNITED STATES MAGISTRATE JUDGE